■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIFFANY MITCHELL, Appellant. [997 NYS2d 902]—

Judgment, Supreme Court, New York County (Anthony J. Ferrara, J., at plea; Ellen Coin, J., at dismissal motion and sentencing), rendered August 12, 2011, convicting defendant of attempted criminal possession of a controlled substance in the fifth degree, and sentencing her to a term of one year, unanimously affirmed.

The court properly exercised its discretion in denying defendant's CPL 210.40 motion to dismiss the information in furtherance of justice. There is no "compelling factor" (CPL 210.40 [1]) that would warrant that "extraordinary remedy" (*People v Moye,* 302 AD2d 610, 611 [2d Dept 2003]). On the contrary, defendant failed to comply with her plea agreement as a result of her subsequent arrests, drug use relapses, and absences from mandated treatment. Moreover, there was evidence of her involvement in a fraudulent unemployment benefits scheme. Concur—Tom, J.P., Friedman, Acosta, Saxe and Kapnick, JJ.